# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                    **JS-6**

| Case No. | CV12-3349-CAS(VBKx) | Date | February 15, 2013 |
|---|---|---|---|
| Title | *ROY CABACCANG v. FRED BORALLO; ET AL.* | | |

**Present: The Honorable**   CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) - DISMISSAL BY COURT FOR FAILURE TO COMPLY
WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on January 25, 2013, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendants**;

A response to the Order to Show Cause was to be filed and served no later than February 12, 2013.   As of today's date, no such response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court
.

| | 00 | : | 00 |
|---|---|---|---|

Initials of Preparer                    CMJ