UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3349 CAS (VBKx) | Date | April 22, 2013 |
|---|---|---|---|
| Title | ROY CABACCANG V. FRED BORALLO, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) PLAINTIFF'S MOTION FOR RECONSIDERATION/REINSTATEMENT OF CASE

The Court is in receipt of plaintiff's motion for reconsideration/reinstatement of case, filed March 18, 2013. After reviewing the motion, the Court finds that it should be DENIED for the reasons stated in the Court's previous orders, dkts. # 7, 10, filed February 15, 2013 and February 20, 2013, respectively.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |